U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 24 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY J. ROBERTS, # 347805                    CIVIL ACTION   00-0140

VERSUS                                          NO.   SECT. K MAG. 1

BARON KAYLO                                     SECTION

## ORDER

Considering the application and affidavit to proceed _in forma pauperis_,

**IT IS ORDERED** that:

[ ] the motion is GRANTED; the party is entitled to proceed _in forma pauperis_.

[ ] the motion is MOOT; the party was previously granted pauper status.

[✓] the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

[ ] the motion is DENIED as MOOT; the filing fee has already been paid.

[ ] the motion is DENIED; the party is not entitled to proceed _in forma pauperis_ for the listed reasons:

_____

_____

New Orleans, Louisiana, this 24 day of January , 2000.

UNITED STATES MAGISTRATE JUDGE

JAN 2 5 2000

DATE OF ENTRY _____