FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 22  A 10: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY J. ROBERTS                                    CIVIL ACTION

VERSUS                                                NO. 00-0140

BARON KAYLO, WARDEN                                   SECTION "K"

## ORDER

The Court, after considering the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and plaintiff's Objections received on June 6, 2000, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Plaintiff filed his Objection, contending that the Indigent Defender Board ("IDB") was at fault for his late filed petition for a writ of habeas corpus. Specifically, plaintiff contends that the IDB's delay in forwarding plaintiff's file to him prevented him from filing a timely petition.

However, the exhibit attached to plaintiff's objection shows that the IDB forwarded plaintiff's file on May 21, 1998. Therefore, plaintiff was in possession of his file for an entire year and a half before the December 26, 1999 deadline. These are not the "rare and exceptional

DATE OF ENTRY
JUN 2 2 2000

circumstances" which warrant equitable tolling of the one-year filing period. *See Felder v. Johnson*, 204 F.3d 168 (5th Cir. 2000).

The court finds the Magistrate Judge's Report and Recommendation neither to be manifestly unjust nor plainly erroneous. Accordingly,

**IT IS ORDERED** that there will be judgment herein in favor of defendant, Baron Kaylo and against plaintiff Anthony Roberts, **DISMISSING WITH PREJUDICE** his petition.

New Orleans, Louisiana, this 21st day of June, 2000.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE