UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 22  A 10: 43

LORETTA G. WHYTE

| | |
|---|---|
| **ANTHONY J. ROBERTS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0140** |
| **BARON KAYLO, WARDEN** | **SECTION "K"** |

## JUDGMENT

Considering the written reasons this date separately assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition of Anthony Roberts for issuance of writ of habeas corpus is **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of June, 2000.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 2 2 2000